UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jane Doe 1, et al.,                      Case No. 3:22-cv-1122

         Plaintiffs,

v.                                            ORDER

Manish Gupta, et al.,

         Defendants.

Defendant Manish Gupta has filed a motion for clarification asking "the date of service of process so that [he may] know the date [his] responsive pleadings are due." (Doc. No. 14). Because these dates are dictated by Rules 5, 6, and 12 of the Federal Rules of Civil Procedure, the information sought is considered legal advice. I may not provide Gupta with legal advice. Therefore, his motion is denied.

So Ordered.

                                                 s/ Jeffrey J. Helmick
                                                 United States District Judge