UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jane Doe 1, et al.,                                            Case No. 3:22-cv-1122

                Plaintiffs,

v.                                                           ORDER

Manish Gupta, et al.,

                Defendants.

Pending before me is Plaintiffs' motion for a "stipulated proposed Protective Order to govern discovery and evidence in the case." (Doc. No. 26). In the motion, Plaintiffs assert, "[a]ll parties are in agreement with the content and filing of the proposed order." (*Id.* at 1). But all parties have not signed this motion. Further, though Plaintiffs' counsel represents in the certificate of service that service was made by filing electronically through the Court's ECF system, it does not indicate the manner in which this filing was served on *pro se* Defendant Manish Gupta. (*Id.* at 2).

Prior to adopting the proposed protective order, which will apply to all parties in this case, I grant Defendants an opportunity to object. Any objection to the proposed protective order shall be filed by December 23, 2022. If no party objects by this date, I will adopt the proposed protective order.

In an abundance of caution, I also direct the Clerk to mail Defendant Manish Gupta a copy of Plaintiffs' motion and the proposed protective order.

So Ordered.

                                                                                 s/ Jeffrey J. Helmick
                                                                                 United States District Judge