UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jane Doe 1, *et al.*,   Case No.  3:22-cv-1122

        Plaintiffs,

v.   JUDGMENT ENTRY

Manish Gupta, *et al.*,

        Defendants.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I grant the motions to strike, (Doc. Nos. 24 and 31), to the extent they challenge Plaintiffs' ability to file their First Amended Complaint as a matter of course.  I deny Manish Gupta's Rule 12(b)(6) motion as to Counts One and Two, (Doc. No. 19), and his motion to strike to the extent he argues Plaintiffs' request for leave to amend their Complaint should be denied as futile.  (Doc. No. 31).  I grant Shraddha Gupta's Rule 12(c) motion for judgment on the pleadings on Counts One, Two, and Five, (Doc. No. 17), and grant her motion to strike to the extent she argues Plaintiffs' request for leave to amend the Complaint as to those Counts should be denied as futile.  (Doc. No. 24).

I overrule Manish's objections, (Doc. No. 32), and grant Plaintiffs' motion for entry of a protective order.  (Doc. No. 26).  I deny Manish's motion for entry of a show cause order.  (Doc. No. 33).

Finally, I deny without prejudice Manish's motion for production of documents, (Doc. No. 34), and his motion for an extension of time, (Doc. No. 43), because those motions are premature.

So Ordered.

                                        s/ Jeffrey J. Helmick
                                        United States District Judge