UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jane Doe 1, *et al.*,   Case No. 3:22-cv-1122

      Plaintiffs,

  v.   ORDER

Manish Gupta, *et al.*,

      Defendants.

On September 13, 2024, the parties filed a joint status report noting, in part, that Defendant Raj Gupta had passed away. (Doc. No. 80 at 3). The Federal Rules of Civil Procedure require that a motion for substitution must be filed within 90 days of the date on which the notice of death was filed. Fed. R. Civ. P. 25(a). But more than 8 months have passed, and no party has filed a motion for substitution. Therefore, I hereby order that the Plaintiffs show cause why their claims against Defendant Raj Gupta should not be dismissed pursuant to Rule 25(a) no later than June 9, 2025.

So Ordered.

                                                      s/ Jeffrey J. Helmick
                                                      United States District Judge