UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jane Doe 1, *et al.*,                          Case No. 3:22-cv-1122

        Plaintiffs,

    v.                                           JUDGMENT ENTRY

Manish Gupta, *et al.*,

        Defendants.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I grant Plaintiffs' motion to dismiss Defendant Manish Gupta's counterclaim pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 109).

So Ordered.

                                                   s/ Jeffrey J. Helmick
                                                   United States District Judge